SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
PAUL H. ROCHMES (Cal. Bar No. 077928)
Assistant United States Attorney
    7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2413
    Facsimile: (213) 894-0115
    E-mail: paul.rochmes@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA   JS-6

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LEONARD SASSINE,<br><br>    Defendant. | Case No. 2:17-cv-02264-ODW-AJW<br><br>[proposed] ORDER FOR ENTRY OF JUDGMENT |

**JUDGMENT**

Based on the stipulation of the parties, the court ORDERS as follows.

1. The court enters a judgment against Leonard Sassine and in favor of the United States in the amount of $362,172.13, plus additional accrued interest and penalties as provided by law.

2. Each party shall bear its own costs and fees.

Dated: July 3, 2017

_____
Hon. OTIS D. WRIGHT, II
United States District Judge

Submitted by:

_____
PAUL H. ROCHMES
Assistant United States Attorney